UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ALEKSEY POZHIDAYEV** **#A098-330-506** | **CASE NO. 6:18-CV-01182 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **JEFFERSON B SESSIONS III ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Pozhidayev's Petition for Writ of Habeas Corpus be **DISMISSED AS MOOT** without prejudice and that this proceeding be terminated.

THUS DONE in Lafayette, Louisiana on this 16th day of May, 2019.

Michael J. Juneau
**United States District Judge**